IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:11-CR-00190 |
| v. | : | |
| DANIEL JOSUE FIGUEROA | : | **FILED**<br>HARRISBURG |
| | : | JUN 1 6 2011 |
| P L E A | | MARY E. D'ANDREA, CLERK<br>Per_____<br>Deputy Clerk |

AND NOW, this _16th_ day of _June_, the within named defendant, hereby enters a plea of _Not Guilty_ to the within Indictment.

X_____
(Defendant's Signature)

_____
(Defense Counsel)